457 F.2d 797
 72-1 USTC P 9354
 Oddee SMITH and Mabel B. Smith, Petitioners-Appellees,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellant.
 No. 71-1978 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 22, 1972.
 
 Scott P. Crampton, Asst. Atty. Gen., Tax Div., U. S. Dept. of Justice, K. Martin Worthy, Chief Counsel, I.R.S., Acting Asst. Atty. Gen., Meyer Rothwacks, Ernest J. Brown, Daniel B. Rosenbaum, Attys., Tax Div., Dept. of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., for respondent-appellant.
 Lauch M. Magruder, Jr., Charles L. Brocato, Jackson, Miss., for petitioners-appellees.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We vacate the decision of the Tax Court and remand this case for reconsideration in light of United States v. Generes, 1972, 405 U.S. 93, 92 S.Ct. 827, 31 L.Ed.2d 62.
 
 
 2
 Vacated and remanded.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409